**Opinion issued June 26, 2025**



In The

# Court of Appeals

For The

## First District of Texas

_____

## NO. 01-24-00993-CV

_____

### CHRISTOPHER PAUL CHRISTIANSON, Appellant

### V.

### KAY LE FARMER AND DOUGLAS SCOTT, Appellees

On Appeal from the 387th District Court
Fort Bend County, Texas
Trial Court Case No. 13-DCV-209827

### MEMORANDUM OPINION

Appellant, Christopher Paul Christianson, has filed an unopposed motion for voluntary dismissal of this appeal.[1] No other party has filed a notice of appeal, and

---

[1] Although appellant's motion initially requested dismissal "without prejudice," at the Court's request, appellant subsequently filed a letter stating that he seeks to dismiss the appeal absent the "without prejudice" language.

no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.